Nathaniel R. Lucey (260796)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
E-Mail: nlucy@smwb.com

Attorneys for Defendants
REAL TIME RESOLUTIONS, INC., as agent for RRA CP OPPORTUNITY TRUST1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTURO RODRIGUEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC. as agent for RRA CP OPPORTUNITY TRUST 1, a Texas Corporation; ZBS LAW, LLP, a California Limited Liability Partnership; and DOES 1- 100 inclusive,<br><br>Defendants. | CASE No: 5:22-cv-453<br><br>Riverside Sup. Ct. Case No. CVRI2200659<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF REMOVAL TO FEDERAL DISTRICT COURT**<br><br>Complaint Filed: February 16, 2022<br>Trial Date: None Set |

I, Nathaniel R. Lucey, do hereby declare that:

1. I am an attorney licensed to practice before all the Courts in the State of California and admitted to practice before the United State District Court, Central District of California. I am senior counsel in the firm of Sweeney Mason, LLP, attorneys of record for Defendant Real Time Resolutions, Inc. and RRA CP OPPORTUNITY TRUST1.

2. I have personal knowledge of the facts in this case and would competently testify thereto if called upon to do so.

3. Attached hereto as **Exhibit A** through **Exhibit L** are true and correct copies of all pleadings filed by Plaintiff Arturo Rodriguez in the Superior Court of California, Riverside County, Case Number CVRI2200659, entitled *ARTURO RODRIGUEZ, Plaintiff, v. REAL TIME RESOLUTIONS, INC. ET. AL. Defendants* [hereinafter Complaint]

4. There is a scheduled hearing in the Superior Court on April 14, 2022 for an Order to Show Cause why a preliminary injunction should not be ordered restraining and Enjoining Defendants from proceeding with a foreclosure against Plaintiff's residence.

4. My office will serve a Notice to Adverse Parties of Removal to United States District Court on Plaintiff Gutierrez and will file the same with the Superior Court of California, County of Riverside.

5. I called ZBS Law, LLP. on March 11, 2022 to determine if ZBS would join in this removal request. I have not heard back.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of March, 2022.

*/s/ Nathaniel R. Lucey*
Nathaniel R. Lucey