UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:22-cv-00453-JLS-SP   Date: March 24, 2022
Title:  Arturo Rodriguez v. Real Time Resolutions, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE HEARING ON PRELIMINARY INJUNCTION**

   Plaintiff Arturo Rodriguez ("Rodriguez") filed this action in the Superior Court for the County of Riverside on February 16, 2022, against Defendants Real Time Resolutions, Inc., RRA CP Opportunity Trust 1, and ZBS Law, LLP (collectively "Defendants").  (*See* Complaint, Ex. A to Notice of Removal, Doc. 1-2.)  On March 4, 2022, the state court granted Rodriguez's *ex parte* application for a temporary restraining order enjoining Defendants trustee's sale of the property known as 28788 Phoenix Way, Sun City, CA 92586 ("the Property"), which was previously scheduled for March 8, 2022.  (*See* Ex. L to Notice of Removal, Doc. 1-13, at ECF 3.)  The temporary restraining order is set to expire on April 14, 2022 at 4:30 p.m.  (*Id.*) Defendants subsequently removed this case to federal court on March 14, 2022.  (See Notice of Removal, Doc. 1.)

   Having considered the history of this case, the Court ORDERS Defendants to apprise the court within three (3) days as to whether a hearing on the issuance of a preliminary injunction is necessary, or whether Defendants agree that they will not foreclose on the property until resolution of this action or until otherwise permitted by court order.

                                                                                    Initials of Deputy Clerk: mku