**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Fernando Leone (State Bar No. 147933)
Email: fernando@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
ARTURO RODRIGUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO RODRIGUEZ, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC. as agent for RRA CP OPPORTUNITY TRUST 1, a Texas Corporation; ZBS LAW, LLP, a California Limited Liability Partnership; and DOES 1 through 100; Inclusive,<br><br>Defendants. | Case No. 5:22-cv-00453-JLS-SP<br><br>**PROOF OF SERVICE RE: PLAINTIFF ARTURO RODRIGUEZ'S REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.**<br><br>Complaint Filed: February 16, 2022<br>Date Removed: March 14, 2022<br>Trial Date: Not Yet Set |

# DECLARATION OF PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. I am employed in the office of a member of the bar of this court at those direction the service was made. My business address is MCFARLIN LLP, 4 Park Plaza, Suite 1025, Irvine, CA 92614.

On April 20, 2022, I served the following document(s) by the method indicated below:

**PLAINTIFF ARTURO RODRIGUEZ'S REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

X    by CM/ECF Notice of Electronic Filling: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 20, 2022, at Irvine, California.

/s/ Leticia Ruiz
Leticia Ruiz